UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, ) | No. | |
| ) | | |
| **Plaintiff**, ) | I N F O R M A T I O N | |
| ) | | |
| **v.** ) | 18 U.S.C. § 1956(a)(2)(B)(i) | |
| ) | 18 U.S.C. § 2 | |
| **ERIC WIGGINS**, ) | | |
| ) | | |
| **Defendant.** ) | | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 1956(a)(2)(B)(i) and 2]

On or about July 20, 2021, in the Southern District of Ohio, and elsewhere, defendant **ERIC WIGGINS** aided and abetted attempted transport of monetary instruments – namely, United States currency – from a place in the United States (the State of Ohio) to a place outside the United States (Mexico) knowing that the monetary instruments involved in the transportation represented the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity – namely, a conspiracy to distribute controlled

substances, in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

KENNETH L. PARKER
United States Attorney

*Brent G. Tabacchi*
_____
BRENT G. TABACCHI
Assistant United States Attorney