# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                Plaintiff,    :    Case No. 3:22-cr-00025

                                      Also Case No. 3:23-cv-235

                                      District Judge Walter H. Rice
- vs -                              Magistrate Judge Michael R. Merz

ERIC WIGGINS,

                Defendant.    :

## NOTICE OF REPLY DEADLINE

In ordering the United States to answer in this case, the Magistrate Judge provided a deadline for Defendant's reply of twenty-one days after the answer (ECF No. 50, ECF No. 327). The Government's Response in Opposition has been filed today, February 20, 2024.  Because Defendant was served by mail, his time to respond is extended to twenty-four days.  Defendant's reply is therefore due March 15, 2024.

February 21, 2024.

                                                            s/ *Michael R. Merz*
                                                  United States Magistrate Judge