# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

              Plaintiff,               :         Case No. 3:22-cr-025
                                                      Also Case No. 3:23-cv-235

-vs-

                                                      District Judge Walter H. Rice

ERIC WIGGINS,                                     Magistrate Judge Michael R. Merz

              Defendant.             :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 56), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 46) be DENIED with prejudice.   Defendant is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

April **23**, 2024.                                _____

                                                 Walter H. Rice
                                         United States District Judge